**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **LEONARDO ANTONIO PEREZ,** §<br>§<br>        *Petitioner*, §<br>**v.** §<br>§<br>§<br>**TODD BLANCHE,** *in his official capacity* §<br>*as* Acting United States Attorney General; §<br>**MARKWAYNE MULLIN,** *in his official* §<br>*capacity as* Secretary of Homeland Security; §<br>and **MARY DE ANDA-YBARRA,** *in her* §<br>*official capacity as* El Paso Acting Field §<br>Office Director for Detention and Removal, §<br>U.S. Immigration and Customs Enforcement, §<br>§<br>        *Respondents*. § | **EP-26-CV-00631-DCG** |

**ORDER DISMISSING CASE WITH PREJUDICE**

The Court **GRANTS** "Petitioner's Unopposed Motion to Withdraw Motion for Temporary Restraining Order or for a Preliminary Injunction" (ECF No. 8) **IN PART**.[1]

The Clerk of Court **SHALL DESIGNATE** "Petitioner's Motion for a Temporary Restraining Order or, in the Alternative, for a Preliminary Injunction" (ECF No. 5) **AS WITHDRAWN**.

Finally, pursuant to the parties' joint "Stipulation of Dismissal" (ECF No. 9), the Court **DISMISSES** the above-captioned case **WITH PREJUDICE**.

---

[1] The Court **DENIES** the Motion **IN PART** as **MOOT** to the extent it asks the Court to "vacate its June 29, 2026 Order" granting Petitioner a temporary restraining order ("TRO"). *See* Mot. Withdraw, ECF No. 8, at 2; *see also* TRO Order, ECF No. 6. By its own terms, the TRO has already expired. *See* TRO Order at 13 (temporarily restraining Respondents "from transferring Petitioner from this District and removing Petitioner from the United States until Friday, July 10, 2026 at 11:59 PM Mountain Time" (emphasis omitted)).

The Court thereby **CLOSES** the case.

**So ORDERED and SIGNED this 16th day of July 2026.**

_____
**DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE**